# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00018-CV

### In re Ishmael Jackson

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

In this original proceeding, relator Ishmael Jackson seeks relief from enforcement orders the trial court allegedly entered without authority. A party seeking mandamus relief has the burden of providing this Court with a sufficient record to establish his right to such relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see* Tex. R. App. P. 52.3(k)(1)(A) (requiring appendix to petition for writ of mandamus to include certified or sworn copy of order complained of and other documents showing matter complained of); 52.7(a)(2) (requiring relator to file with petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained of").

The appendix and record do not meet the requirements of Rules 52.3 and 52.7; therefore, this Court lacks a record sufficient to assess the right to mandamus relief. We accordingly deny relief. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   February 27, 2026